IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARTIN EDWARD LEWIS, )
)
Plaintiff, ) 13cv2604
) Judge Durkin
v. ) Mag. Judge Rowland
)
JODY WEIS, and GARRY F. McCARTHY, )
in their capacity as ) No.
SUPERINTENDENT OF POLICE, )
CHICAGO POLICE DEPARTMENT, )
CITY OF CHICAGO, ILLINOIS, )
an Illinois municipal corporation, )
)
Defendants. )
) JURY DEMANDED

**FILED** 4/15/2013 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

RECEIVED APR X 5 2013 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

## COMPLAINT

Plaintiff brings this suit based on 42 U.S.C. Section 1983, under the Civil Rights Act of 1871, Fourth and Fourteenth Amendments for wrongful arrest, malicious prosecution, discrimination based on race by an officer of the Chicago Police Department with the cause of action accruing from the arrest of April 7, 2011 at O'Hare Airport, American Airlines Terminal 3, to acquittal by a jury panel duly seated in the Circuit Court of Cook County on July 11, 2012.

1. Plaintiff Martin Edward Lewis, who is black, was arrested on April 7, 2011 at Chicago's O'Hare International Airport, Terminal 3 by Police Officer Glowacki, Badge #15743, an undercover plain-clothes police officer of the Chicago Police Department. The arrest occurred at 7:55 a.m., well within the business hours of

American Airlines, the tenant of the Terminal 3 building. Plaintiff was taken into custody for two hours to a Police Station in the Jefferson Park neighborhood where he was processed, mugshot and fingerprinted before being released. He was given a court date of May 31, 2011 in which to appear before Judge Thomas J. Byrne of the Circuit Court of Cook County, Branch 23. The case was continued by Judge Byrne, Judge Clarence L. Burch, and Judge Stanley L. Hill until a July 11, 2012 jury trial date was set at the 26Th Street and California Avenue courthouse, Criminal Court Room 100. Judge Peggy Chiampus presided of the 12-member jury. Upon presentation of the prosecution's case, the State rested with the calling of the Police Officer Glowacki, who made the arrest, to give testimony on the witness stand. The State provided no collaborating witnesses and no videotape or surveillance grab of the alleged offense. The defense called no witnesses and the plaintiff did not testify on the stand. The jury was given instructions by Judge Chiampus, and went into deliberations in a closed jury room. After 10 to 15 minutes, the jury returned a verdict of NOT GUILTY. On July 26, 2012, plaintiff filed for an expungement of the arrest from his history and record. With the Illinois State Police given no objection, the Circuit Court of Cook County granted the expungement request on November 27, 2012. The Illinois State Police and the Chicago Police Department in February, 2013 followed by expunging all of their records of the arrest, with mug shots and fingerprints expunged as well.

2. The cause of action arises when the Plaintiff, an American Airlines Advantage frequent flyer, was at O'Hare Airport per the instructions of the 800 toll-free

the airport is closed, between 12:00 a.m. to 5 a.m. with several posted warning signs all over Terminal 3.

4. The arrest was made by Police Officer Glowacki, Badge #15743, a white/Caucasian Chicago Police Officer, plain-clothes and undercover.

5. The arrest was made under color of State law.

6. 42 U.S.C. Section 1983 precludes and infringement of Constitutional rights under the Fourteenth Amendment. The Chicago Police Department is a department of the local government, the City of Chicago, itself a municipal corporation chartered by the State of Illinois. 42 U.S.C. Section 1983 precludes racial discrimination under color of State law as it restricts the actions of the States. Section 1983 makes it unlawful for anyone acting under the authority of state law to deprive another person of his or her rights under the Constitution or federal law.

7. Plaintiff maintains that racism played a major role in the motive behind the arrest.

8. The Chicago Police Department represents by this arrest a State participation in this act of racial discrimination, an act of governmental misconduct.

9. The Fourteenth Amendment limits the power of the States. The Equal Protection Clause apples to the State government and its agents. It therefore applies to the City of Chicago and the Chicago Police Department, its officers and their acts during the course of their employment.

10. Defendants clearly violated Plaintiff's rights under the Fourteenth Amendment with a public act of racial discrimination and governmental misconduct.



**CHICAGO POLICE DEPARTMENT**
3510 South Michigan Avenue/Chicago, Illinois 60653
Identification Section

**CRIMINAL HISTORY REPORT**



CPD-31903C (REV. 7/04)

**LEWIS, MARTIN E**
IR #  2104212
SID #
FBI #
IDOC #

**ACCESS AND REVIEW**

IDENTIFICATION SECTION
POLICE DEPARTMENT
3510 S. MICHIGAN AVE.
CHICAGO, ILLINOIS 60653
DATE: JUL 26 2012    SIGNATURE

CPD photo
MALE
BLACK
5'08"
150 lbs
EYES: BRO
HAIR: GRY
HAIR STYLE: SHORT
COMPLEXION: MED

Current Arrest Information:

| | |
|---|---|
| Date of Birth: | 27-DEC-1958 |
| Age: | 52 years |
| Place of Birth: | ILLINOIS |
| SSN #: | 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 |
| Drivers License #: | L20056558368 |
| Drivers Lic. State: | ILLINOIS |
| Scars, Marks & Tattoos: | |

Key Historical Identifiers:

| Alias or AKA used | Date Used | Dates of Birth Used | Social Security Numbers Used |
|---|---|---|---|
| LEWIS, MARTIN E | 07-APR-2011 | 27-DEC-1958 | 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 |

Criminal Justice Summary: Total arrests: 1 (0 Felony, 1 Misdemeanor)    Total convictions: 0

---

**ARREST**

Arrest Name: **LEWIS, MARTIN E**
Date of Birth: 27-DEC-1958
DCN or CB: 018114285
Officer: **GLOWACKI**

Arrest Date: 07-APR-2011    Holding Facility: **CPD - DISTRICT 016**
Arrest Address: 3 W DOOR D ST CHICAGO, IL 60666
Residence: 7821 S RHODES AVE CHICAGO, IL 60619
Officer Badge#: 15743    Arresting Agency: **CPD**

| Count | Class | Type | Statute | Arrest Charge Description | Inchoate |
|---|---|---|---|---|---|
| [1] | A | M | 720 ILCS 5.0/21-5 | Criminal Trespass To State Land | OFFENSE AS CITED |

***End of Report***

This Chicago Police Department IR rap-sheet should not replace the use of the Illinois State Police statewide criminal history transcript, which may contain additional criminal history data and can be obtained by performing a CQR1 inquiry via your LEADS terminal.

19-JUL-2012 13:06    Requested by: PC01755

http://chris.chicagopolice.org/pls/clear/law_rapsheet_cpd.show_html?p=88tvsGHIDWFR    7/19/2012

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                      NUMBER 11120663901

MARTIN      E LEWIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-5/21-5                          M A     CRIMINAL TRESPASS TO STAT
The following disposition(s) was/were rendered before the Honorable Judge(s):

```
04/12/11 BOND SET BY RULE OF COURT                  05/31/11 1223
05/31/11 MOTION DEFT - CONTINUANCE - MD             07/07/11 1223
    BYRNE, THOMAS J.
07/07/11 MOTION DEFT - CONTINUANCE - MD             08/08/11 1223
    BYRNE, THOMAS J.
08/08/11 MOTION DEFT - CONTINUANCE - MD             09/08/11 1223
    HILL, STANLEY L.
09/08/11 MOTION DEFT - CONTINUANCE - MD             10/07/11 1223
    F/ATTY
    BYRNE, THOMAS J.
10/07/11 MOTION DEFT - CONTINUANCE - MD             11/07/11 1223
    BYRNE, THOMAS J.
11/07/11 MOTION DEFT - CONTINUANCE - MD             12/07/11 1223
    F/ATTY
    BYRNE, THOMAS J.
12/07/11 MOTION DEFT - CONTINUANCE - MD             02/07/12 1223
    F/ATTY
    BYRNE, THOMAS J.
02/07/12 PUBLIC DEFENDER APPOINTED
    BYRNE, THOMAS J.
02/07/12 JURY DEMAND BY DEFENDANT
    BYRNE, THOMAS J.                                02/14/12 6146
02/14/12 MOTION DEFT - CONTINUANCE - MD             03/06/12 6146
    CWX
    BURCH, CLARENCE, LEWIS
03/06/12 APPEARANCE FILED
    CHIAMPAS PEGGY
03/06/12 MOTION FOR DISCOVERY
    CHIAMPAS PEGGY                                         S      2
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 002

PEOPLE OF THE STATE OF ILLINOIS

        VS

                                NUMBER 11120663901

MARTIN      E LEWIS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.
03/06/12 PUBLIC DEFENDER APPOINTED
    CHIAMPAS PEGGY
03/06/12 BEHAVIOR CLINIC EXAM ORDERED        04/23/12 6146
    CHIAMPAS PEGGY
04/23/12 WITNESSES ORDERED TO APPEAR
    CHIAMPAS PEGGY
04/23/12 CONTINUANCE BY AGREEMENT            07/11/12 6146
    CHIAMPAS PEGGY
07/11/12 COMPLAINT AMENDED
    CHIAMPAS PEGGY
07/11/12 PLEA OF NOT GUILTY
    CHIAMPAS PEGGY
07/11/12 WITNESSES ORDERED TO APPEAR
    CHIAMPAS PEGGY

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 07/26/12

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARTIN EDWARD LEWIS, )
)
Plaintiff, )
v. )
)
)
JODY WEIS, and GARRY F. McCARTHY, )
in their capacity as )
SUPERINTENDENT OF POLICE, )
CHICAGO POLICE DEPARTMENT, )
CITY OF CHICAGO, ILLINOIS, )
an Illinois municipal corporation, )
)
Defendants. )

13cv2604
Judge Durkin
Mag. Judge Rowland

**JURY DEMANDED**

NOTICE OF FILING

TO: Department of Law
City of Chicago
Suite 1020
30 North LaSalle Street
Chicago, Illinois 60602-2580

Department of Law
Chicago Police Department
3510 South Michigan Avenue
Chicago, Illinois 60653

On April 5, 2013, I filed this **Complaint Seeking Compensatory and Punitive Damages Against Defendants and Motion for Appointment of Counsel as well as Motion to Proceed In Forma Pauperis,** a copy of which is attached hereto and hereby served on you.

Martin Edward Lewis
7821 South Rhodes Avenue
Chicago, Illinois 60619-3013

PROOF OF SERVICE

I, Martin Edward Lewis, pro se, certify that I served a copy of the above documents on petitioner's attorney by:

Sending through U.S. first class mail delivery to Department of Law, Chicago Police Department, 3510 South Michigan Avenue, Chicago, Illinois 60653 and City of Chicago, Department of Law, Suite 1020, 30 North LaSalle Street, Chicago, Illinois 60602-2580, prior to 5:00 p.m. on April 5, 2013.

*Martin Edward Lewis*