

# RETURN FOR CLERKS OFFICE

# UNITED STATES MARSHALS SERVICE CIVIL DESK

**Date of return to Clerk's office:** 6/27/13

**Case Number:** 13C2604

**FILED**
JUL 0 1 2013 *aee*
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Received documents for service from Clerk's office on:** 4/29/13

**Mailed USM-285 to Plaintiff on:** 5/7/13

**Returning Writs/Summons to the Clerk's office for the following reason:**

Plaintiff did not return the USM-285 form in the 30 day timeframe, therefore all documents are being returned to the Clerk's office.

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Thomas M. Durkin | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 13 C 2604 | DATE | 4/15/2013 |
| CASE TITLE | Martin Edward Lewis vs. Jody Weis, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's application to proceed in forma pauperis is granted. (3-1) The Clerk is directed to issue summons and forward to the United States Marshal for process of service.

Docketing to mail notices.

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ JOHNNIE PATTERSON
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
April 29, 2013

| | Courtroom Deputy Initials: | SN |
|---|---|---|

AO440 (REV. 10/93) Summons in a Civil Action

# United States District Court
Northern District of Illinois

SUMMONS IN A CIVIL ACTION

Martin Edward Lewis

    Plaintiff

**CASE NUMBER:** 1:13-cv-1604

vs.

**JUDGE:** Thomas M. Durkin

Jody Weis, et al

    Defendant

**TO:**    Jody Weis      Chicago Police Department      City of Chicago, Illinois

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon plaintiff's attorney:

Name:      Martin Edward Lewis
Address:    7821 South Rhodes Avenue
City:       Chicago, IL 60619

an answer to the complaint which is herewith served upon you, within **[21]** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Thomas G. Bruton, Clerk

By: s/ Johnnie M. Patterson
Deputy Clerk

Dated: 05/2/2013

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK

By: s/ JOHNNIE PATTERSON
DEPUTY CLERK
U.S. DISTRICT COURT NORTHERN
DISTRICT OF ILLINOIS

May 2, 2013

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me:^ | DATE |
| NAME OF SERVER (Print) | TITLE |
| *Check one box below to indicate appropriate method of service:* ||

[ ] Served personally upon the defendant. Place where served:_____

_____

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____

[ ] Returned unexecuted:_____

[ ] Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____

_____
Date            Signature of Server

_____
Address of Server

^As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.