**FILED**

aee

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 11 2013
JUL 11 2013
THOMAS G BRUTON
CLERK, U.S DISTRICT COURT

Plaintiff(s)
MARTIN EDWARD LEWIS

v.

Defendant(s) JODY WE~~~~ and GARRY F. McCARTHY
SUPERINTENDENT OF POLICE
CHICAGO POLICE DEPARTMENT
CITY OF CHICAGO, ILLINOIS
an Illinois municipal corporation

Case No: 13 C 2604

Judge: THOMAS M. DURKIN

## MOTION FOR ATTORNEY REPRESENTATION
(NOTE: Failure to complete all items may result in the denial of this motion.)

1. I, **MARTIN EDWARD LEWIS**, declare that I am the (check appropriate box)
☑ plaintiff ☐ defendant in this case and that I am unable to afford the services of an attorney. I hereby ask the Court for an attorney to represent me in this case.

2. I declare that I have contacted the following attorneys/organizations seeking representation:
(NOTE: This item must be completed.)
SCOTT FRANKEL, FRANKEL & COHEN, 30 W. JACKSON, CHICAGO, ILL,
KEVIN PETERS, FRANKEL & COHEN, 30 W. JACKSON, CHICAGO, ILL,

but I have been unable to find an attorney because: ANY OF THE ATTORNEYS WHO DO SPECIALIZE IN THIS AREA OF THE LAW REFUSE TO TAKE THIS CASE EITHER PRO BONO OR ON CONTINGENCY.

3. I declare that (check all that apply):
(*Now:*)
☑ I *am not* currently represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☐ I *am* currently represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

(*Earlier:*)
☐ I *have not* previously been represented by an attorney requested by the Court in any federal criminal or civil case.
OR
☑ I *have* previously been represented by an attorney requested by the Court in a federal criminal or civil case. The case is described on the back of this page.

4. I declare that (check one):
☐ I have attached an original Application for Leave to Proceed *In Forma Pauperis* detailing my financial status.

THE CASE WAS TAUBER V. CITY OF CHICAGO, et. al. IN WHICH MY BROTHER MARCUS AND I, WITH APPOINTED COUNSEL JOSEPH ZICCARDI, SUED FOR MY MOTHER'S LIFE INSURANCE POLICY WITH BANKER'S LIFE WITH THE CITY BEFORE JUDGE MILTON I. SHADUR (5/14/2002).

☑ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case, and it is still true and correct.

☐ I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this case. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. ☐ I declare that my highest level of education is (check one):

   ☐ Grammar school    ☐ Some high school    ☐ High school graduate

   ☐ Some college    ☑ College graduate    ☐ Post-graduate

6. ☐ I declare that my ability to speak, write, and/or read English is limited because English is not my primary language. (Check **only** if applicable.)

7. ☐ I declare that this form and/or other documents in this case were prepared with the help of an attorney from the U.S. District Court *Pro Se* Assistance Program. (Check **only** if applicable.)

8. I declare under penalty of perjury that the foregoing is true and correct.

_Martin Edward Lewis_  
Movant's Signature

_7821 SO. RHODES AVE._  
Street Address

_JULY 11, 2013_  
Date

_CHICAGO, ILLINOIS 60619_  
City, State, Zip

Other cases in which an attorney requested by this Court has represented me:

| Case Name: | LILLIAN TAUBER vs. CITY of CHICAGO | Case No.: | 79 C 5160 |
|---|---|---|---|
| Attorney's Name: | JOSEPH ZICCARDI | The case is still pending: Yes ___ No ✓ | |
| The appointment was limited to settlement assistance: Yes ___ No ✓ | | | |

| Case Name: | | Case No.: | |
|---|---|---|---|
| Attorney's Name: | | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |

| Case Name: | | Case No.: | |
|---|---|---|---|
| Attorney's Name: | | The case is still pending: Yes ___ No ___ | |
| The appointment was limited to settlement assistance: Yes ___ No ___ | | | |