IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | ) | |
|---|---|---|
| Martin Lewis | ) | Case No: 13 C 2604 |
| | ) | |
| v. | ) | |
| | ) | Judge: Thomas M. Durkin |
| | ) | |
| Jody Weiss | ) | |
| | ) | |

## ORDER

(:15)

Status hearing held. Defendants' motion to correct its motion to dismiss is granted. [16] Plaintiff's motion for attorney representation [14] is granted. Attorney Richard J. O'Brien, Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, 312-853-7000 is requested to represent Plaintiff. Plaintiff's response to defendants' motion to dismiss is due by 9/13/13. If plaintiff chooses to respond by filing an amended complaint it must be noticed up before this Court. A status hearing is set for 9/16/13 at 9:00 a.m.

Date:  8/14/13

*Thomas M Durkin*